CT Corporation

**Service of Process Transmittal**
05/24/2021
CT Log Number 539612270

TO:     Laura Marriott
        Robert Marriott Medical Corp
        222 NORTH PACIFIC COAST HWY., STE 2175
        EL SEGUNDO, CA 90245-5639

RE:     **Process Served in California**

FOR:    ROBERT MARRIOTT MEDICAL CORP.  (Domestic State: CA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Gloria Williams, Pltf. vs. Robert Marriott Medical Corp., etc., Dft. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 202103727 |
| **NATURE OF ACTION:** | Medical Injury - Improper Care and Treatment |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 05/24/2021 postmarked on 05/19/2021 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air , 1ZX212780114605529 |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>818 West 7th Street<br>Los Angeles, CA 90017<br>866-539-8692<br>CorporationTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Exhibit 1



US POSTAGE
$ 007.16°
MAY 19 2021

02 7H
0001240349
MAILED FROM ZIP CODE 70112

FIRST-CLASS

CERTIFIED MAIL

7020 2450 0001 6709 2755

THE BOWLING LAW FIRM
A PROFESSIONAL LAW CORPORATION
1615 POYDRAS STREET, SUITE 1050
NEW ORLEANS, LOUISIANA 70112

Robert Marriott Medical Corp.
d/b/a Advantage Surgical & Wound Care
Through their agent for service of process:
CT Corporation System
818 West Seventh St., Ste. 930
Los Angeles, CA 90017

# THE BOWLING LAW FIRM
### A PROFESSIONAL LAW CORPORATION
## 1615 POYDRAS STREET, SUITE 1050
## NEW ORLEANS, LOUISIANA 70112

DAVID A. BOWLING†
ZACHARY R. CHRISTIANSEN^
JERALD N. ANDRY, III*
WILLIAM F. LONGWITZ~

TELEPHONE (504) 586-5200
FACSIMILE  (504) 586-5201
E-MAIL: attorneys@lawbowling.com
WEBSITE:  www.lawbowling.com

MISSISSIPPI OFFICE
1323  28TH AVENUE, SUITE A
GULFPORT, MISSISSIPPI  39501
TELEPHONE:  (877) 757-3539
(BY APPOINTMENT ONLY)

† ADMITTED TO PRACTICE  IN LOUISIANA AND MISSISSIPPI
^ ADMITTED TO PRACTICE IN LOUISIANA AND TENNESSEE
* ADMITTED TO PRACTICE IN LOUISIANA
~ ADMITTED TO PRACTICE IN MISSISSIPPI

PLEASE RESPOND TO THE
NEW ORLEANS OFFICE

May 19, 2021

*Via USPS Certified Mail*
*Tracking No.: 7020245000167092755*
Robert Marriott Medical Corp.
d/b/a Advantage Surgical & Wound Care
Through their agent for service of process:
CT Corporation System
818 West Seventh St., Ste. 930
Los Angeles, CA 90017

Re:   **Gloria Williams v. Robert Marriott Medical Corp.**
**d/b/a Advantage Surgical & Wound Care**
**No.: 2021-03727 Section 7**
**Our File No.: 31860**

Dear sir/madam:

Please find enclosed a *Petition for Damages* filed in the Civil District Court for the Parish of Orleans in the state of Louisiana, served to you pursuant to the Long Arm Statute, La. R.S. 13:3201.

Should you have any questions, please do not hesitate to contact my office.

Cordially yours,

JERALD N. ANDRY, III

JNA/kmh

**ATTORNEY'S NAME:**   Bowling, David A 01726
**AND ADDRESS:**   1615 Poydras Street, Suite 1050 , New Orleans, LA 70112

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2021-03727                DIVISION: E                SECTION: 07

### WILLIAMS, GLORIA

#### Versus

## ROBERT MARRIOT MEDICAL CORP D/B/A ADVANTAGE SURGICAL & WOUND CARE

### CITATION - LONG ARM

TO:   ROBERT MARRIOTT MEDICAL CORP. D/B/A ADVANTAGE SURGICAL & WOUND CARE (PURSUANT TO THE LONG ARM STATUTE, LA R.S. 13:3201)

THROUGH:   THE LOUISIANA LONG ARM STATUTE  THEIR AGENT FOR SERVICE OF PROCESS CT CORPORATION SYSTEM

818 WEST SEVENTH STREET, , LOS ANGELES, CA 90017

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA May 17, 2021

**Clerk's Office, Room 402, Civil Courts**
**421 Loyola Avenue**
**New Orleans, LA**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by**
**Patrice Conerly, Deputy Clerk**

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ , _____ served a copy of the within | On this _____ day of _____ , _____ served a copy of the within |
| PETITION FOR DAMAGES | PETITION FOR DAMAGES |
| ON  ROBERT MARRIOTT MEDICAL CORP. D/B/A ADVANTAGE SURGICAL & WOUND CARE (PURSUANT TO THE LONG ARM STATUTE, LA R.S. 13:3201) | ON  ROBERT MARRIOTT MEDICAL CORP. D/B/A ADVANTAGE SURGICAL & WOUND CARE (PURSUANT TO THE LONG ARM STATUTE, LA R.S. 13:3201) |
| THROUGH: THE LOUISIANA LONG ARM STATUTE  THEIR AGENT FOR SERVICE OF PROCESS CT CORPORATION SYSTEM | THROUGH: THE LOUISIANA LONG ARM STATUTE  THEIR AGENT FOR SERVICE OF PROCESS CT CORPORATION SYSTEM |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and |
| _____ No. _____ | discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said ROBERT MARRIOTT MEDICAL CORP. D/B/A ADVANTAGE SURGICAL & WOUND CARE (PURSUANT TO THE LONG ARM STATUTE, LA R.S. 13:3201) being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | |
| _____ / ENTERED / _____ | Returned the same day |
| PAPER                    RETURN | _____ No. _____ |
| _____ / _____ / _____ | Deputy Sheriff of _____ |
| SERIAL NO.      DEPUTY      PARISH | |

ATTORNEY'S NAME:   Bowling, David A 01726
AND ADDRESS:   1615 Poydras Street, Suite 1050 , New Orleans, LA 70112

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2021-03727        DIVISION: E        SECTION: 07

### WILLIAMS, GLORIA

#### Versus

## ROBERT MARRIOT MEDICAL CORP D/B/A ADVANTAGE SURGICAL & WOUND CARE

### CITATION - LONG ARM

TO:      ROBERT MARRIOTT MEDICAL CORP. D/B/A ADVANTAGE SURGICAL & WOUND CARE (PURSUANT TO THE LONG ARM STATUTE, LA R.S. 13:3201)

THROUGH:    THE LOUISIANA LONG ARM STATUTE  THEIR AGENT FOR SERVICE OF PROCESS CT CORPORATION SYSTEM
          818 WEST SEVENTH STREET, , LOS ANGELES, CA 90017

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES

 a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA May 17, 2021**

Clerk's Office, Room 402, Civil Courts        **CHELSEY RICHARD NAPOLEON, Clerk of**
421 Loyola Avenue                     **The Civil District Court**
New Orleans, LA                     **for the Parish of Orleans**
                                    **State of LA**
                                    **by**
                                    **Patrice Conerly, Deputy Clerk**

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the within | On this _____ day of _____ _____ served a copy of the within |
| PETITION FOR DAMAGES | PETITION FOR DAMAGES |
| ON  ROBERT MARRIOTT MEDICAL CORP. D/B/A ADVANTAGE SURGICAL & WOUND CARE (PURSUANT TO THE LONG ARM STATUTE, LA R.S. 13:3201) | ON  ROBERT MARRIOTT MEDICAL CORP. D/B/A ADVANTAGE SURGICAL & WOUND CARE (PURSUANT TO THE LONG ARM STATUTE, LA R.S. 13:3201) |
| THROUGH:  THE LOUISIANA LONG ARM STATUTE  THEIR AGENT FOR SERVICE OF PROCESS CT CORPORATION SYSTEM | THROUGH:  THE LOUISIANA LONG ARM STATUTE  THEIR AGENT FOR SERVICE OF PROCESS CT CORPORATION SYSTEM |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said ROBERT MARRIOTT MEDICAL CORP. D/B/A ADVANTAGE SURGICAL & WOUND CARE (PURSUANT TO THE LONG ARM STATUTE, LA R.S. 13:3201) being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | Returned the same day |
| _____ / ENTERED / _____ | _____ No. _____ |
| PAPER          RETURN | Deputy Sheriff of _____ |
| _____/_____ / _____ | |
| SERIAL NO.   DEPUTY   PARISH | |

ID: 10691599             Page 1 of 1

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

NO.: 2021- 3727                                                        DIVISION: " "

E-7

**GLORIA WILLIAMS**

**VERSUS**

**ROBERT MARRIOT MEDICAL CORP.**
**D/B/A ADVANTAGE SURGICAL & WOUND CARE**

FILED: _____          _____
                                                                    **DEPUTY CLERK**

### PETITION FOR DAMAGES

Gloria Williams, through undersigned counsel, respectfully represents:

I.

Gloria Williams is a person of the full age of majority, domiciled and residing in Orleans

Parish. She is the daughter and sole heir to Katie Williams, deceased.

II.

Made Defendant herein, Robert Marriot Medical Corp. d/b/a Advantage Surgical & Wound

Care, a foreign corporation domiciled in the State of California, and doing business in the state of

Louisiana.

III.

On December 27, 2019, Katie Williams was admitted to St. Jude's Nursing Home ("St.

Jude's") for extended antibiotic treatment of the stage IV sacrum wound to her left lower back.

IV.

Upon information and belief, Advantage Surgical & Wound Care was contracted by St.

Jude's Nursing Home to provide wound assessment and care.

V.

While under the care of Advantage Surgical & Wound Care, Katie Williams, suffered from

multiple pressure wounds. New wounds developed during this time that led to infection,

amputation of her left leg, and ultimately her death from sepsis caused by the numerous infected

pressure sores across her left and right legs and feet.

VI.

On November 12, 2020, Katie Williams passed away.

VII.

Advantage Surgical & Wound Care is responsible for any and all acts and/or omissions of its employed physicians and staff under the doctrine of *respondeat superior* and/or vicarious liability. Its liability includes, but is not limited to the following:

1. In failing to properly assess and re-assess the patient's risk for skin breakdown;

2. In failing to put together a wound treatment plan;

3. In failing to reposition the patient at least every two hours;

4. In failing to float the patient's heels as part of a repositioning protocol;

5. In failing to inspect the patient's skin on a daily basis;

6. In failing to provide appropriate hygienical care;

7. In failing to appropriately manage the patient's skin moisture;

8. In failing to provide appropriate nutritional care;

9. In failing to provide and use preventative pressure-reducing devices;

10. In failing to re-evaluate the plan of care and to evaluate adherence to the plan of care when there was no evidence of healing;

11. In failing to have a comprehensive pressure ulcer prevention and treatment program;

12. In failing to properly train staff to prevent and treat pressure ulcers; and

VIII.

As a result of the deviations described above, Katie Williams endured multiple new pressure wounds, infections that resulted in the amputation of her left leg, and ultimately her death from sepsis caused by the numerous infected pressure sores across her left and right legs and feet. She suffered physical pain and suffering, emotional pain and suffering, disfigurement, loss of enjoyment of life, past and future medical expenses, and ultimately death.

**WHEREFORE**, Plaintiff prays that after due proceedings, there be judgment rendered herein in favor of Plaintiff and against Defendant for such compensatory and exemplary damages as are reasonable in the premises, and for all costs, judicial interest, expert fees, and for all other general and equitable relief allowed by law.

Respectfully submitted,

_____
DAVID A. BOWLING, ESQ. (1726)
JERALD N. ANDRY, III, ESQ.  (38978)
THE BOWLING LAW FIRM, A.P.L.C.
1615 Poydras Street, Suite 1050
New Orleans, Louisiana 70112
Telephone:    (504) 586-5200
Facsimile:    (504) 586-5201
ATTORNEYS FOR PLAINTIFF


**PLEASE SERVE VIA THE LONG ARM STATUTE:**

**Robert Marriott Medical Corp.**
**d/b/a Advantage Surgical & Wound Care** (Pursuant to the Long Arm Statute, La. R.S. 13:3201)
Through their agent for service of process
**CT Corporation System**
**818 West Seventh Street, Suite 930**
**Los Angeles, CA 90017**

3

**A TRUE COPY**

DEPUTY CLERK CIVIL DISTRICT COUR.
PARISH OF ORLEANS
STATE OF LA